UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 APR 28  P 4: 10
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No.3:02CR265 (AHN) |
| HARRY BANKS, JR. | : |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Anthony E. Kaplan, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Friday, May 6, 2005 at 10:00 a.m., there will come before the Honorable Alan H. Nevas, United States District Judge, at Bridgeport, Connecticut, the criminal case of <u>United States v. Harry Banks, Jr.</u>, Criminal Number 3:02CR265 (AHN).

2. That the above named defendant, HARRY BANKS, Jr., (No. 56326) is charged with a violation of supervised release.

3. That the said HARRY BANKS, Jr. is now confined at the Community Correctional Center, Bridgeport, Connecticut.

That the said HARRY BANKS, Jr. should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this

Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Community Correctional Center, Bridgeport, Connecticut, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said HARRY BANKS, Jr. at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on May 6, 2005, at 10:00 a.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                              UNITED STATES OF AMERICA

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              ANTHONY E. KAPLAN
                              ASSISTANT UNITED STATES ATTORNEY
                              FEDERAL BAR No. ct08083

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, COMMUNITY CORRECTIONAL CENTER, BRIDGEPORT, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of HARRY BANKS, Jr. (#56326), now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said HARRY BANKS, Jr. before the Honorable Alan H. Nevas, United States District Judge, United States District Court, District of Connecticut, at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on Friday, May 6, 2005 at 10:00 a.m., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said HARRY BANKS, Jr. for a violation of supervised release, and immediately after said presentment the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said HARRY BANKS, Jr. to the Warden, Community Correctional Center, Bridgeport, Connecticut, for safe and secure conduct.

_____
CLERK
UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at New Haven, Connecticut,
this 28th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

A TRUE COPY ATTEST
KEVIN F. ROWE, CLERK
BY _____
DEPUTY CLERK