THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, COMMUNITY CORRECTIONAL CENTER, BRIDGEPORT, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of HARRY BANKS, Jr. (#56326), now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said HARRY BANKS, Jr. before the Honorable Alan H. Nevas, United States District Judge, United States District Court, District of Connecticut, at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on Friday, May 6, 2005 at 10:00 a.m., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said HARRY BANKS, Jr. for a violation of supervised release, and immediately after said presentment the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said HARRY BANKS, Jr. to the Warden, Community Correctional Center, Bridgeport, Connecticut, for safe and secure conduct.

_____
CLERK
UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at New Haven, Connecticut,
this 28th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

STATE OF CONNECTICUT    )
                                    ss: New Haven, CT    April 28, 2005
COUNTY OF NEW HAVEN    )

    Personally appeared before me, Anthony E. Kaplan, Assistant United States Attorney, District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, and that the same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
Notary Jane Vollono

My Commission Expires: 11-30-2008

RETURN: Satisfied

Defendant delivered on
4/21/05 to Federal Custody
at Bpt C.C.
John F. Bardelli
United States Marshal
by _____ Deputy